**Order entered October 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01186-CV

### IN RE JAYME LYNN CANTU, Relator

**Original Proceeding from the County Court at Law No. 6
Collin County, Texas
Trial Court Cause No. 006-03218-2011**

## ORDER
Before Justices Lang-Miers, Evans and Whitehill

Based on the Court's opinion of this date, we **DENY** the petition for writ of habeas

corpus. We **ORDER** relator to bear the costs of this original proceeding.


/s/     DAVID EVANS
        JUSTICE